**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| B.A.W.<br><br>                            Plaintiff,<br>v.<br><br>EAST ORANGE BOARD OF EDUCATION,<br><br>                            Defendant. | Civil Action No.: 10-4039 (JLL)<br><br>**ORDER** |

This matter, having come before the Court by way of Plaintiff's motion for a preliminary injunction requiring Defendant, the East Orange Board of Education, to maintain Plaintiff's educational placement at the Clearview School pending the outcome of the instant matter [Docket Entry No. 1], and, for the reasons set forth by the Court in its corresponding Letter Opinion dated August 31, 2010,

**IT IS** on this **31st day of August, 2010,**

**ORDERED** that Plaintiff's motion for a preliminary injunction is **granted**; and it is further

**ORDERED** that the East Orange Board of Education shall immediately reinstate B.A.W. to the Clearview School during the pendency of this matter.

**IT IS SO ORDERED.**

                                              JOSE L. LINARES,
                                              UNITED STATES DISTRICT JUDGE